1
2
3
4
5
6
7                    UNITED STATES DISTRICT COURT

8                  NORTHERN DISTRICT OF CALIFORNIA

9

10   L. R., et al.,

11            Plaintiffs,                    Case No.15-cv-00368-NC

12        v.                                 **ORDER RE: MOTION TO**
                                             **SUPPLEMENT THE RECORD**
13   PAJARO VALLEY UNIFIED SCHOOL
     DISTRICT,                               Re: Dkt. No. 38
14
              Defendant.
15

16        On June 1, 2015, plaintiffs moved to supplement the administrative record in this

17   Individuals with Disabilities Education Act ("IDEA") administrative appeal.  Dkt. No. 38.

18   Plaintiffs requested that nine additional pieces of evidence be permitted to supplement the

19   record.  *Id*.  Plaintiffs argue that these pieces of evidence are relevant, non-cumulative, and

20   necessary for the Court's determination of the case.  *Id*.  Defendant objected to eight of the

21   nine pieces of evidence, arguing that the evidence was available to plaintiffs and could

22   have been presented at the administrative hearing, so it should be excluded.  Dkt. No. 44.

23   A chart detailing the evidence requested to supplement the record is attached to the end of

24   this order.

25        IDEA mandates that the district court "shall hear additional evidence at the request

26   of a party." 20 U.S.C. § 1415(i)(2)(C)(ii).  "[E]vidence that is non-cumulative, relevant,

27   and otherwise admissible constitutes 'additional evidence' that the district court 'shall'

28   consider pursuant to 20 U.S.C. § 1415(i)(2)(C)(ii)." *E.M. ex rel. E.M. v. Pajaro Valley*

Case No.:15-cv-00368-NC

United States District Court
Northern District of California

*Unified Sch. Dist. Office of Admin. Hearings*, 652 F.3d 999, 1005 (9th Cir. 2011).

The Court has considered the parties' briefing, the appropriate standard, and the evidence presented by plaintiffs.  The Court finds that the evidence, items 1-6, are relevant and non-cumulative and are thus admitted.  Evidence item 9 is not objected to and is admitted.  Evidence items 7 and 8 are not relevant to the review of the administrative decision, as these pieces of evidence post-date the scope of the administrative hearing's inquiry.  Therefore, items 7 and 8 are excluded.

| | |
|---|---|
| 1.  L.R.'s 2010-2011 and 2013-2014 Report Cards. | ADMITTED |
| 2.  Report of Assessment for Special Education dated Dec. 21, 2010. | ADMITTED |
| 3.  Report of Informal Conference dated 3/15/2011. | ADMITTED |
| 4.  Behavioral Observation of L.R. at Lindamood-Bell dated 12/19/2011. | ADMITTED |
| 5.  Behavioral Support Plan dated 11/30/2011. | ADMITTED |
| 6.  A work/writing sample completed by L.R. in January 2012. | ADMITTED |
| 7.  Dr. Cheryl Bowers C.V. | EXCLUDED |
| 8.  L.R.'s End of Year Report Card from Chartwell Academy. | EXCLUDED |
| 9.  Page 18 of Dr. Cheryle Bowers' report dated August 18, 2011. | ADMITTED |

**IT IS SO ORDERED.**

Dated:  July 29, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge