| | |
|---|---|
| 1 | JEFFREY RANDOLPH   SBN 194126 |
| | Attorney at Law |
| 2 | 1111 Pleasant Valley Rd |
| | Aptos, CA 95003 |
| 3 | Phone: (831) 222-3626 |
| 4 | Fax: (831) 222-3626 |
| | Email: Law@jeffrandolph.com |
| 5 | Attorney for |
| | LR, a minor, Scott Randolph, and Suzanne Randolph |
| 6 | |
| 7 | FAGEN FRIEDMAN & FULFROST, LLP |
| | Laurie E. Reynolds, SBN 148693 |
| 8 | lreynolds@f3law.com |
| | David R. Mishook, SBN 273555 |
| 9 | dmishook@f3law.com |
| | 70 Washington Street, Suite 205 |
| 10 | Oakland, California 94607 |
| | Phone: 510-550-8200 |
| 11 | Fax: 510-550-8211 |
| | Attorneys for PAJARO VALLEY UNIFIED SCHOOL DISTRICT |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | | |
|---|---|---|
| LR, by and through her guardian ad litem, | ) | Case No. 15-cv-00368-NC |
| SCOTT RANDOLPH, SCOTT RANDOLPH, | ) | |
| and SUZANNE RANDOLPH, her parents, | ) | **JOINT STIPULATION AND REQUEST** |
| | ) | **FOR DISMISSAL OF ENTIRE** |
| Plaintiffs and | ) | **COMPLAINT AND COUNTER-CLAIM** |
| Counterdefendants | ) | **AND ~~PROPOSED~~ ORDER** |
| v. | ) | |
| | ) | |
| PAJARO VALLEY UNIFIED SCHOOL | ) | The Honorable Nathaniel Cousins |
| DISTRICT, | ) | Crtrm. 7, 4th Floor |
| | ) | |
| Defendant and Counterclaimant. | ) | No Trial Date Set |

Plaintiffs LR, by and through her guardian ad litem, SCOTT RANDOLPH, SCOTT RANDOLPH, and SUZANNE RANDOLPH and Defendant PAJARO VALLEY UNIFIED SCHOOL DISTRICT (together "Parties") hereby stipulate and request as follows:

15-cv-00368-NC

JOINT STIPULATION AND REQUEST TO DISMISS

WHEREAS Plaintiffs filed the complaint in this matter alleging a single cause of action for review of an adverse state administrative decision under the Individuals with Disabilities Education Act ("IDEA"), 20 U.S.C. § 1400 *et seq.* on January 27, 2015 (Docket No. 1);

WHEREAS Defendant filed its answer and counterclaim for review under the IDEA on March 10, 2015 (Docket Nos. 8, 9);

WHEREAS the parties have been engaged in settlement discussions during the pendency of this action;

WHEREAS the Parties entered into a settlement agreement disposing of all claims on August 6, 2015; and

WHEREAS the settlement agreement requires the Parties to dismiss all pending legal claims pending against the other with prejudice;

The Parties hereby STIPULATE AND REQUEST that the Court dismiss this entire action, including the complaint and counterclaim, WITH PREJUDICE.

Date: August 7, 2015     ____/JR/_____
                         Jeffrey Randolph, Attorney for Plaintiff LR, SCOTT RANDOLPH, AND SUZANNE RANDOLPH

Date: August 7, 2015     ____/DRM/_____
                         David R. Mishook, Attorney for Defendant, PAJARO VALLEY UNIFIED SCHOOL DISTRICT

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT this case, including all claims and counter-claims, be dismissed WITH PREJUDICE.

**IT IS SO ORDERED.**

DATED: August __7__, 2015

_____
The Honorable Judge Nathanael M. Cousins

GRANTED (seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

00223-00164/804312.1